FILED
April 20, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG 05-0113 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MOHAMMAD ADIL, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __MOHAMMAD ADIL__ , Case No. __MAG 05-0116 DAD__ , Charge __18:371, 1546__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    Release on Personal Recognizance

    Bail Posted in the Sum of $_____

  X  Unsecured Appearance Bond $ __25,000.00__ (co-signed)

  ___  Appearance Bond with 10% Deposit

  ___  Appearance Bond with Surety

  ___  Corporate Surety Bail Bond

  X  (Other)  __Pretrial Services Supervision__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 20, 2005__ at __3:10__ .

By __Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal