FILED
April 20, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG 05-0113 DAD
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
MOHAMMAD ADIL, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MOHAMMAD ADIL , Case No.  MAG 05-0116 DAD , Charge  18:371, 1546 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    Release on Personal Recognizance

    Bail Posted in the Sum of $_____

X   Unsecured Appearance Bond $  25,000.00  (co-signed)

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

X   (Other)  Pretrial Services Supervision

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 20, 2005  at  3:10 .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal